UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRISCO DE'QOUNTERRIO SUTTON
#427894,

    Plaintiff,                                                    Case No. 1:22-cv-961

v.                                                              HONORABLE PAUL L. MALONEY

UNKNOWN CONNER, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Conner filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 25, 2024, recommending that this Court grant the motion and enter judgment.[1] The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 36) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 33) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

---

[1] The other defendants in the case were dismissed by prior Order issued on November 14, 2022 (ECF No. 6).

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.

Dated: December 31, 2024             /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge