UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRISCO DE'QOUNTERRIO SUTTON
#427894,

    Plaintiff,                                   Case No. 1:22-cv-961

v.                                             HONORABLE PAUL L. MALONEY

UNKNOWN CONNER, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated: December 31, 2024                            /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge